UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMARRIO MORRISON,

Petitioner,

-against-

MICHAEL CAPRA,

Respondent.

**ORDER**

23 Civ. 2598 (VB) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has received Petitioner's letter dated May 29, 2026, providing the Court with what he describes as newly discovered evidence that he wants the Court to consider.  *See* ECF No. 26.  The Court also has received Respondent's letter in response, dated June 12, 2026.  *See* ECF No. 27.

While the Court has received these two submissions, the Court has not received any motion to amend from Petitioner either by the May 7, 2026 deadline set forth in the Court's order issued on April 6, 2026, ECF No. 25, or at any time since.  The Court acknowledges that the May 7, 2026 order stated that "Petitioner is not *required* to file a motion to amend—he may instead choose to proceed exclusively on the claims in the Petition, in which case, no further filings are required for the Court to adjudicate this matter."  It would thus appear that Petitioner wants to "proceed exclusively on the claims in the Petition."  Nonetheless, for the sake of clarity, the Court orders that **by no later than July 10, 2026**, Petitioner must either (1) file a letter confirming that he wants to proceed only on the claims in the Petition, **OR** (2) serve and file a motion to amend to add the claims for *Brady* violations and prosecutorial misconduct that were raised in Petitioner's second Section 440.10 motion.

**If Petitioner does not file a motion to amend by July 10, 2026, then the claims for** *Brady* **violations and prosecutorial misconduct that were exhausted via his second Section 440.10 motion will not be considered as part of this habeas proceeding.**

If Petitioner files a motion to amend, that motion must also include Petitioner's arguments regarding the merits of the proposed new claims.  In addition, if Petitioner files a motion to amend, then (1) Respondent's opposition papers must be served and filed **by no later than August 21, 2026**, and likewise must include Respondent's arguments regarding the merits of the proposed new claims in case the motion to amend is granted; and (2) Petitioner's reply papers in support of both the motion to amend and the merits of his proposed new claims must be served and filed **by no later than September 18, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated:  June 16, 2026
       White Plains, New York

                                    **SO ORDERED.**

                                    _____
                                    ANDREW E. KRAUSE
                                    United States Magistrate Judge